AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kendall, Virginia M. | US District Court ND IL | 10/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☑ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

219 S. Dearborn - Chambers 2378
Chicago, IL 60604

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | Prairie Recreational Developments Inc. |
| 2. | Part Time Faculty | Yale Univerrsity School of Law |
| 3. | Part Time Faculty | Loyola University Chicago School of Law |
| 4. | Part Time Faculty | University of Chicago School of Law |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 10/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Loyola University School of Law teaching salary | $10,560.00 |
| 2. 2018 | University of Chicago School of Law teaching salary | $3,520.00 |
| 3. 2018 | Yale University School of Law teaching salary | $13,200.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Cristo Rey St. Martin College Prep Full-Time Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | International Association of Defense Counsel | February 11-14, 2018 | La Quinta, CA | Educational seminar or program | lodging, meals, transportation |
| 2. | FC Bar Association Global Fellows | April 18-19, 2018 | Washington, DC | Activity of professional association or civic organization | lodging, meals, transportation |
| 3. | ABA Section on Litigation | May 2-4, 2018 | San Diego, CA | Activity of professional association or civic organization | lodging, meals, transportation |
| 4. | Federal Judges Association Annual Meeting | May 5-9, 2018 | Washington, DC | Activity of professional association or civic organization | lodging, meals, transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Kendall, Virginia M.** | 10/08/2019 |

| | | | | |
|---|---|---|---|---|
| 5. | American Law Institute | May 20-22, 2018 | Washington, DC | Educational seminar or program | lodging, meals, transportation |
| 6. | IBA Judicial Integrity Meeting | May 22-24 | London, UK | Activity of professional association or civic organization | lodging, meals, transportation |
| 7. | Freedom Film Festival | June 15-16, 2018 | Green Lake, WI | Educational seminar or program | lodging, meals, transportation |
| 8. | Global Security Network/ Loyola University | June 18-23, 2018 | Vatican City, Rome, Italy | Activity of professional association or civic organization | lodging, meals, transportation |
| 9. | Global Security Network/ Loyola University | October 1-3, 2018 | New York, NY | Activity of professional association or civic organization | lodging, meals, transportation |
| 10. | Cornell University School of Law | October 3-5, 2018 | Ithaca, NY | Educational seminar or program | lodging, meals, transportation |
| 11. | ALI Model Penal Code | October 11-12, 2018 | Philadelphia, PA | Educational seminar or program | lodging, meals, transportation |
| 12. | International Association of Judges, Central Council Meeting | October 13-18, 2018 | Marrakesh, Morocco | Activity of professional association or civic organization | lodging, meals, transportation |
| 13. | Eisenhower Fellows | October 23-28, 2018 | London, UK | Activity of professional association or civic organization | lodging, meals, transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Visa | credit card | K |
| 2. | Chase Visa | credit card | K |
| 3. | Capital One | credit card | J |
| 4. | Harris Bank | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 10/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prairie Recreational Developments, Inc. | A | Interest | L | W | | | | | |
| 2. JP Morgan Chase - accounts | A | Interest | J | T | | | | | |
| 3. Chase Trust 1 | D | Dividend | N | T | | | | | |
| 4. Chase Trust 2 | D | Dividend | J | T | | | | | |
| 5. Washington National Fixed Annuity | A | Interest | | | Redeemed | 08/15/18 | K | E | |
| 6. JPMorgan US Money Market Reserve | A | Interest | J | T | | | | | |
| 7. Vanguard International Stock Index Fund | B | Dividend | K | T | Distributed (part) | 08/15/18 | K | | |
| 8. Vanguard Total Bond Market Index | A | Dividend | K | T | Distributed (part) | 08/15/18 | K | | |
| 9. Vanguard Total Stock Market Index | A | Dividend | L | T | Distributed (part) | 08/15/18 | L | | |
| 10. JP Morgan US Large Cap Equity Fund | A | Dividend | J | T | | | | | |
| 11. JP Morgan US Mid Cap Equity Fund I | A | Distribution | J | T | | | | | |
| 12. JP Morgan US Fixed Income | A | Distribution | J | T | | | | | |
| 13. JP Morgan US Govt Premier Sweep Fund | A | Int./Div. | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 10/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 3 & 4: The filer's spouse is an income beneficiary with no interest in the corpus of the trusts and therefore, pursuant to Section 102(f)(2) of teh Ethics in Government Act, no further information is required.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Virginia M. Kendall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544